IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **RUDOLPH CAREY III,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**ALISON LAND, in her official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services,**<br><br>        **Defendant.** | 1:21-cv-01090-LO-TCB |

**DEFENDANT COMMISSIONER LAND'S
MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendant, Alison Land ("Commissioner Land"), in her official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services, by counsel, respectfully moves this Court to dismiss the plaintiff's Complaint with prejudice.  In support, Commissioner Land relies on the Memorandum in Support filed herewith.

                                                            **Respectfully submitted,**

                                                     */s/ Amy E. Hensley*
                                                     Amy E. Hensley (VSB No. 80470)
                                                     Assistant Attorney General
                                                     Office of the Attorney General
                                                     202 North 9th Street
                                                     Richmond, Virginia 23219
                                                     Telephone: (804) 371-2267
                                                     Facsimile: (804) 371-2087
                                                     ahensley@oag.state.va.us
                                                     **Counsel of Record for Alison Land, in her official capacity as Commissioner of the*

*Virginia Department of Behavioral Health
and Developmental Services*

Mark R. Herring
Attorney General of Virginia

Allyson K. Tysinger
Senior Assistant Attorney General/Section Chief

Marshall H. Ross
Trial Section Chief/Senior Assistant Attorney General

Jaqueline C. Hedblom
Assistant Attorney General/Unit Manager General Civil Unit

Brittany A. McGill, Esq. (VSB No. 92401)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-0082
Facsimile: (804) 371-2087
BMcGill@oag.state.va.us
*Counsel of Record for Alison Land,
in her official capacity as Commissioner
of the Virginia Department of Behavioral
Health and Developmental Services*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 15th of November, 2021, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

              */s/ Amy E. Hensley*
              Assistant Attorney General
              Office of the Attorney General