IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RUDOLPH CAREY III,
    *Plaintiff*,

v.

ALISON LAND, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE VIRGINIA DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL SERVICES,
    *Defendant*.

Civil Action No. 1:21-cv-01090
Hon. Liam O'Grady

## ORDER

Before the Court is Plaintiff's Motion for a Status Conference. Dkt. 26. In the Motion, "Plaintiff respectfully requests that this Court set a status conference so that the parties and the Court may discuss potential solutions to this problem." *Id.* at 2.

The Court invites Plaintiff to suggest, via a filing with the Court, specific "potential solutions to this problem" in light of the Court's prior orders. Otherwise, at this time, the Court finds that a status conference is unnecessary. Therefore, the current Motion for a Status Conference, Dkt. 26, is **DENIED**.

It is **SO ORDERED**.

July 13, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge