IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUDOLPH CAREY III,<br><br>            Plaintiff,<br><br>      v.<br><br>NELSON SMITH,[1] in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services,<br><br>            Defendant. | Civil Case No. 1:21-cv-1090 |

## NOTICE OF APPEAL

Plaintiff Rudolph Carey III hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's final order granting Defendant's Motion to Dismiss (ECF 19), and from this Court's orders holding in abeyance Plaintiff's Motion to Reconsider Dismissal and Amend Complaint (ECF 24) and denying Plaintiff's Motion to Reconsider Dismissal and Amend Complaint (ECF 29). Plaintiff further appeals any judgment entered against him in this matter.

---

[1] The current Commissioner is automatically substituted for prior defendant Allison Land. Fed. R. Civ. P. 25(d).

| | |
|---|---|
| Dated: August 26, 2022 | Respectfully submitted,<br><br>/s/ Paul Sherman<br>Paul Sherman (VA Bar No. 73410)<br>Andrew Ward* (NY Bar No. 5364393)<br>Michael Greenberg* (DC Bar No. 1723725)<br>**INSTITUTE FOR JUSTICE**<br>901 North Glebe Road, Suite 900<br>Arlington, VA 22203<br>Tel: (703) 682-9320<br>Fax: (703) 682-9321<br>Email: psherman@ij.org; ahward@ij.org;<br>        mgreenberg@ij.org<br><br>*Counsel for Plaintiff*<br>*Admitted *pro hac vice* |