IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Rudolph Carey III,<br><br>    Plaintiff,<br><br>v.<br><br>Nelson Smith, in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services,<br><br>    Defendant. | Civil Action No. 1:21-cv-1090 |

## JUDGMENT

Pursuant to the order of this Court entered on September 1, 2022, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant Nelson Smith and against the Plaintiff Rudolph Carey, III.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    N. Neblett
    Deputy Clerk

Dated: 9/1/2022
Alexandria, Virginia